**Kimberly Ann BARNES, Appellant,**

v.

**NATIONAL ARCHIVES RECORDS ADMINISTRATION, John W. Carlin, Archivist, Appellee.**

No. 03–3243.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 23, 2004.

Decided Aug. 27, 2004.

Kimberly Ann Barnes, St. Louis, MO, pro se.

Wesley Dennis Wedemeyer, St. Louis, MO, for Defendant–Appellee.

Before SMITH, FAGG, and HANSEN, Circuit Judges.

PER CURIAM.

Kimberly Ann Barnes appeals following the district court's [1] adverse grant of summary judgment in her employment-discrimination action brought under Title VII, the American with Disabilities Act of 1990, the Rehabilitation Act of 1993, and the Notification and Federal Employee Anti–Discrimination and Retaliation Act of 2002, against her employer, the United States National Archives and Records Administration. Having carefully reviewed the record de novo, *see Winkle v. S.W. Bell Tel. Co.*, 195 F.3d 418, 420 (8th Cir.1999) (standard of review), we affirm for the reasons explained by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Mary Ann L. Medler, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).